UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian corporation; and ZION ROOTSWEAR, LLC, a Florida Limited Liability company,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>A.V.E.L.A., INC., a Nevada corporation, SCI-FI PRODUCTIONS, INC., dba X One X Movie Archive, Inc., a Nevada corporation, JEM SPORTSWEAR, a California corporation, CENTRAL MILLS, INC. (Freeze), a New York corporation, and LEO VALENCIA, an individual,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | 2:08-CV-00105-PMP-PAL<br><br>**ORDER** |

　　　　The Court having read and considered Plaintiffs' Motion in Limine #3 to Exclude Evidence of Defendants' Alleged Costs (Doc. #174), filed on June 14, 2010, and having furthered considered the arguments of counsel presented at the hearing conducted August 4, 2010, and good cause appearing,

　　　　**IT IS ORDERED that** Plaintiffs' Motion in Limine #3 to Exclude Evidence of Defendants' Alleged Costs (Doc. #174) is **GRANTED** to the extent that Defendant shall be precluded at trial from presenting evidence of or related to

their costs of licensing the Marley images and/or producing and selling Marley apparel and merchandise to the extent that said Defendants fail to produce evidence of such costs during discovery conducted in this case.

DATED:  September 1, 2010.

PHILIP M. PRO
United States District Judge

2