1
2
3
4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *

7   FIFTY-SIX HOPE ROAD MUSIC, LTD.,     )
    a Bahamian corporation; and ZION     )        2:08-CV-00105-PMP-PAL
8   ROOTSWEAR, LLC, a Florida Limited    )
    Liability company,                   )
9                                        )
                                         )
10                      Plaintiffs,      )
                                         )
11        v.                             )
                                         )        **ORDER**
12  A.V.E.L.A., INC., a Nevada corporation, )
    SCI-FI PRODUCTIONS, INC., dba X      )
13  One X Movie Archive, Inc., a Nevada  )
    corporation, JEM SPORTSWEAR, a       )
14  California corporation, CENTRAL      )
    MILLS, INC. (Freeze), a New York     )
15  corporation, and LEO VALENCIA,       )
    an individual,                       )
16                                       )
                        Defendants.      )
17  _____   )
                                         )
18  AND RELATED COUNTERCLAIM.            )
                                         )
19  _____   )

20        The Court having read and considered Plaintiffs' Motion in Limine #1 to

21  Preclude Testimony by Witnesses Not Properly Disclosed Pursuant to FRCP 26

22  (Doc. #169), filed on June 14, 2010, and having furthered considered the arguments

23  of counsel presented at the hearing conducted August 4, 2010, and good cause

24  appearing,

25        **IT IS ORDERED that** Plaintiffs' Motion in Limine ##1 to Preclude

26  Testimony by Witnesses Not Properly Disclosed Pursuant to FRCP 26 (Doc. #169),

is **GRANTED** to the extent that Defendants shall be precluded from offering in their case in chief as witnesses in support of their claims or defenses, the testimony of Judy Steele, Robert Ross, and Jeff Marine.

DATED:  September 1, 2010.

PHILIP M. PRO
United States District Judge