UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian corporation; and ZION ROOTSWEAR, LLC, a Florida Limited Liability company, | 2:08-CV-00105-PMP-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| A.V.E.L.A., INC., a Nevada corporation, SCI-FI PRODUCTIONS, INC., dba X One X Movie Archive, Inc., a Nevada corporation, JEM SPORTSWEAR, a California corporation, CENTRAL MILLS, INC. (Freeze), a New York corporation, and LEO VALENCIA, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

**IT IS ORDERED that** Plaintiffs' Motion in Limine #7 to Exclude Evidence of or Related to the Financial Terms of Fifty-Six Hope Road's Agreement with Hilco Consumer Capital (Doc. #171) is DENIED without prejudice to renew the same at the time of trial.

DATED:  October 13, 2010.

PHILIP M. PRO
United States District Judge