MANATT, PHELPS & PHILLIPS, LLP
JILL M. PIETRINI (Bar No. CA 138335)  (admitted *pro hac vice*)
  e-mail: jpietrini@manatt.com
BARRY E. MALLEN (Bar No. CA 120005)  (admitted *pro hac vice*)
  e-mail: bmallen@manatt.com
PAUL A. BOST (Bar No. CA 261531)  (admitted *pro hac vice*)
  e-mail: pbost@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

JOLLEY, URGA, WIRTH, WOODBURY & STANDISH
WILLIAM R. URGA (Bar No. NV 1195)
  email: wru@juww.com
L. CHRISTOPHER ROSE (Bar No. NV 7500)
  email: lcr@juww.com
3800 Howard Hughes Pkwy.
Wells Fargo Tower, 16th Floor
Las Vegas, NV 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555

*Counsel for Plaintiffs and Counter-Defendants*
FIFTY-SIX HOPE ROAD MUSIC LIMITED and ZION ROOTSWEAR, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Fifty-Six Hope Road Music, Ltd., a Bahamian corporation; and Zion Rootswear, LLC, a Florida limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>A.V.E.L.A., Inc., a Nevada corporation; Sci-Fi Productions, Inc. dba X One X Movie Archive, Inc., a Nevada corporation; JEM Sportswear, a California corporation; Central Mills, Inc. (Freeze), a New York corporation; and Leo Valencia, an individual,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:08-cv-00105-PMP-GWF<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DEFENDANT JEM SPORTSWEAR, INC.'S ALLEGED COSTS AND TESTIMONY OF LINDA LYTH**<br><br>Location:　Courtroom 7C<br>　　　　　　Hon. Philip M. Pro |

The Court, having considered Plaintiffs Fifty-Six Hope Road Music Limited and Zion Rootswear, LLC's ("Plaintiffs") Motion To File Documents Under Seal re: Plaintiffs' Motion in Limine to Exclude Evidence of Defendant JEM Sportswear, Inc.'s Alleged Costs and Testimony of Linda Lyth, and the papers submitted by the parties in connection therewith, and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiffs' Application to File Documents under Seal be hereby GRANTED;

IT IS FURTHER ORDERED THAT, good cause having been shown, the following excerpts of documents shall be received as filed herewith, and held by the Court under seal:

Exhibits F and G to the Declaration of Paul Bost filed with the Motion To File Documents Under Seal re: Plaintiffs' Motion in Limine to Exclude Evidence of Defendant JEM Sportswear, Inc.'s Alleged Costs and Testimony of Linda Lyth.

IT IS SO ORDERED.

Dated: January 17, 2011

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /S/ Jill M. Pietrini
Jill M. Pietrini
Barry E. Mallen
Paul Bost

*Attorneys for Plaintiffs*
FIFTY-SIX HOPE ROAD MUSIC
LIMITED and ZION ROOTSWEAR, LLC

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**PROOF OF SERVICE**

I, LaTrina A. Martin, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On January 13, 2011, I caused the forgoing document:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DEFENDANT JEM SPORTSWEAR, INC.'S ALLEGED COSTS AND TESTIMONY OF LINDA LYTH**

including any and all exhibits, to be electronically filed with the Clerk of Court using the CM/ECF system, which will effectuate service of said document upon the following counsel of record in this action addressed as follows:

| | |
|---|---|
| Douglas D. Winter (dwinter@balllawllp.com)<br>THE BALL LAW FIRM, LLP<br>10866 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90024<br><br>Counsel for Defendants and Counterclaimants A.V.E.L.A., INC., LEO VALENCIA, CENTRAL MILLS (FREEZE) | Daniel T. Hayward (dhayward@laxalt-nomura.com)<br>LAXALT & NOMBRA<br>9600 Gateway Drive<br>Reno, Nevada 89521<br>Telephone: (775) 322.1170<br>Facsimile: (775) 322.1865 Email:<br><br>Counsel for Defendant A.V.E.L.A., INC. |
| William R. Urga L. (wru@juww.com)<br>Christopher Rose (lcr@juww.com)<br>Jolley, Urga, Wirth, Woodbury & Standish<br>3800 Howard Hughes Pkwy.<br>Wells Fargo Tower, 16th Floor<br>Las Vegas, NV 89169<br><br>Co-Counsel for Attorneys for Plaintiffs and Counter-Defendants FIFTY-SIX HOPE ROAD MUSIC LIMITED and ZION ROOTSWEAR | Timothy J. Ervin, Esq. (tim@gallant-ervin.com)<br>Gallant & Ervin, LLC<br>One Olde North Road, Suite 103<br>Chelmsford, MA 01824<br><br>Co Counsel for Attorneys for Plaintiff and Counter-Defendant ZION ROOTSWEAR |

William H. Doyle, Esq. (wdoyle@dbglawfirm.com)
DOYLE BERMAN MURDY, P.C.
3295 N. Fort Apache Rd., Suite 110
Las Vegas, NV 89129

Counsel for Defendant JEM SPORTSWEAR

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on January 13, 2011, at Los Angeles, California.

/s/ LaTrina A. Martin
LaTrina A. Martin

300200735.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2