# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

FIFTY-SIX HOPE ROAD MUSIC, LTD. ) Docket No. 2:08-CV-0105-PMP-GWF
et al., )
)
Plaintiff(s), )
)
vs. )
)
A.V.E.L.A., INC., et al., )
)
 ) Las Vegas, Nevada
Defendant(s). )

And related parties and cases

## SUBSTITUTION OF ATTORNEY

___Jem Sportswear___ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

___John R. Yates, Greenberg & Bass LLP___
(New Attorney)

(Address): ___16000 Ventura Blvd., Ste. 1000, Encino, CA 91436___

(Telephone): ___(818) 382-6200___, as attorney of record in place and

stead of: ___Douglas Winter, Ball Law Firm LLP___
(Present Attorney)

DATED: April 11, 2011

(Signature of Party)

I consent to the above substitution.

DATED: April 8, 2011

(Signature of Present Attorney)

. . .
. . .
. . .

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: April 8, 2011                    _____
                                              (Signature of New Attorney)

5 | Please check one: _x_ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: April 12, 2011                    _____
                                         UNITED STATES DISTRICT JUDGE

2