Note: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2011-1262

FIFTY-SIX HOPE ROAD MUSIC, LTD.
and ZION ROOTSWEAR, LLC,

Plaintiffs-Appellees,

v.

A.V.E.L.A., INC., X ONE X MOVIE ARCHIVE, INC.,
JEM SPORTSWEAR, CENTRAL MILLS, INC. (FREEZE),
and LEO VALENCIA,

Defendants-Appellants.

Appeal from the United States District Court for the District of Nevada in case no. 08-CV-0105, Judge Philip M. Pro.

## ORDER

Pursuant to this court's order filed April 6, 2011, and absent a response from either appellants or appellees,

IT IS ORDERED THAT:

The appeal is hereby transferred to the United States Court of Appeals for the Ninth Circuit.

FOR THE COURT:

May 3, 2011

Jan Horbaly
Clerk

cc: Jill M. Pietrini
    Timothy J. Ervin
    Douglas D. Winter
    Clerk's Office, U.S. District Court – District of Nevada
    Clerk's Office, U.S. Court of Appeals, 9th Circuit (with copy of case file)

ISSUED AS A MANDATE: 5/3/2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 3 2011

JAN HORBALY
CLERK