MANATT, PHELPS & PHILLIPS, LLP
JILL M. PIETRINI (Bar No. CA 138335)  (admitted *pro hac vice*)
   e-mail: jpietrini@manatt.com
BARRY E. MALLEN (Bar No. CA 120005)  (admitted *pro hac vice*)
   e-mail: bmallen@manatt.com
PAUL A. BOST (Bar No. CA  261531)  (admitted *pro hac vice*)
   e-mail:  pbost@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

JOLLEY, URGA, WIRTH, WOODBURY & STANDISH
WILLIAM R. URGA (Bar No. NV 1195)
   email: wru@juww.com
L. CHRISTOPHER ROSE (Bar No. NV 7500)
   email: lcr@juww.com
3800 Howard Hughes Pkwy.
Wells Fargo Tower, 16th Floor
Las Vegas, NV 89169
Telephone:  (702) 699-7500
Facsimile:  (702) 699-7555

*Counsel for Plaintiffs*
FIFTY-SIX HOPE ROAD MUSIC LIMITED and ZION
ROOTSWEAR, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Fifty-Six Hope Road Music, Ltd., a Bahamian corporation; and Zion Rootswear, LLC, a Florida limited liability company,<br><br>                Plaintiffs,<br><br>        vs.<br><br>A.V.E.L.A., Inc., a Nevada corporation; Sci-Fi Productions, Inc. dba X One X Movie Archive, Inc., a Nevada corporation; JEM Sportswear, a California corporation; Central Mills, Inc. (Freeze), a New York corporation; and Leo Valencia, an individual,<br><br>                Defendants. | Case No. 2:08-cv-00105-PMP-GWF<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT FOR AN AWARD OF DEFENDANTS' PROFITS AND FOR INCREASED PROFITS PURSUANT TO 15 U.S.C. § 1117** |

The Court, having considered Plaintiffs Fifty-Six Hope Road Music Limited's and Zion Rootswear, LLC's ("Plaintiffs") Motion To File Documents Under Seal re: Plaintiffs' Motion for Entry of Judgment for an Award of Defendants' Profits and for Increased Profits Pursuant to 15 U.S.C. § 1117 ("the Profits Motion"), and the papers submitted by the parties in connection therewith, and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiffs' Application to File Documents under Seal be hereby GRANTED;

IT IS FURTHER ORDERED THAT, good cause having been shown, the following excerpts of documents shall be received as filed herewith, and held by the Court under seal:

1.     Exhibits 6 and 7 to the Declaration of Tina M. Skaggs in support of the Profits Motion.

2.     Exhibits N, V, KK, and LL to the Declaration of Jill M. Pietrini in support of the Profits Motion.

IT IS SO ORDERED.

Dated:  _____April 12, 2012._____          _____
                                                                        UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/Paul Bost_____
       Jill M. Pietrini
       Barry E. Mallen
       Paul Bost

       *Attorneys for Plaintiffs*
       *FIFTY-SIX HOPE ROAD MUSIC*
       *LIMITED and ZION ROOTSWEAR, LLC*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**PROOF OF SERVICE**

I, LaTrina A. Martin, declare as follows:

I am employed in Los Angeles County, Los Angeles, California.  I am over the age of eighteen years and not a party to this action.  My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614.  On June 21, 2011, I caused the forgoing document:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: PLAINTIFFS' MOTION**

including any and all exhibits, to be electronically filed with the Clerk of Court using the CM/ECF system, which will effectuate service of said document upon the following counsel of record in this action addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 21, 2011, at Los Angeles, California.

/s/ LaTrina A. Martin
LaTrina A. Martin

PROOF OF SERVICE LIST FOR:

Fifty-Six Hope Road Music, Ltd., et al.
vs.
A.V.E.L.A., Inc., a Nevada corporation; et al.,
And Related Counterclaim.
Case No. 2:08-cv-00105-PMP-GWF

Douglas D. Winter
THE BALL LAW FIRM, LLP
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024
Telephone: (310)446-6148
Facsimile: (310)441-5386

Email: dwinter@balllawllp.com

Counsel for Defendants and
Counterclaimants A.V.E.L.A., INC., and
LEO VALENCIA and for Defendants
JEM SPORTSWEAR and CENTRAL
MILLS, INC. (FREEZE)

William R. Urga
L. Christopher Rose
JOLLEY, URGA, WIRTH,
  WOODBURY & STANDISH
3800 Howard Hughes Pkwy.
Wells Fargo Tower, 16th Floor
Las Vegas, NV 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555

Email: wru@juww.com
Email: lcr@juww.com

Co-Counsel for Plaintiffs and Counter-
Defendants FIFTY-SIX HOPE ROAD
MUSIC LIMITED and ZION
ROOTSWEAR, LLC

Timothy J. Ervin, Esq.
GALLANT & ERVIN, LLC
One Olde North Road, Suite 103
Chelmsford, MA 01824
Telephone: (978) 256-6041
Facsimile: (978) 256-7977

Email: tim@gallant-ervin.com

Co Counsel for Plaintiff and Counter-
Defendant ZION ROOTSWEAR, LLC

Jeffrey R Albregts
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
Telephon: (702) 791-0308
Facsimile: (702) 791-1912

Email: jalbregts@nevadafirm.com

Counsel for Defendant JEM
SPORTSWEAR

John R. Yates
GREENBERG & BASS, LLP
16000 Ventura Boulevard
Encino, CA 90077
Telephone: (818) 382-6200
Facsimile: (818) 986-6534

Email: jyates@greenbass.com

Counsel for Defendant JEM
SPORTSWEAR

300291865.1