JEFFREY R. ALBREGTS, ESQ. (Bar No. NV 0066)
Email: jalbregts@nevadafirm.com
SANTORO, DRIGGS, WALCH, KEARNEY,
HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Tel: (702) 791-0308 • Fax: (702) 791-1912

JOHN R. YATES, ESQ. (Bar No. CA 120344) (admitted *pro hac vice*)
Email: jyates@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel:  (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Defendant
Jem Sportswear, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian corporation; and ZION ROOTSWEAR, LLC, a Florida limited liability company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>A.V.E.L.A., INC., a Nevada corporation; LEO VALENCIA; X ONE X MOVIE ARCHIVE, INC.,; JEM SPORTSWEAR; and CENTRAL MILLS (FREEZE),<br><br>　　　　Defendants. | CASE NO.: 2:08-CV-00105-PMP-PAL<br><br>**ORDER GRANTING DEFENDANT JEM SPORTSWEAR, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO PLAINTIFFS' MOTION FOR AWARD OF PROFITS AND ENHANCED PROFITS** |

1

JEM SPORTSWEAR, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO MOTION FOR AWARD OF PROFITS OR ENHANCED PROFITS

314861.1  18216.0018

The Court, having considered defendant Jem Sportswear, Inc.'s Motion to File Documents under Seal re: Opposition to Plaintiffs' Motion for Award of Profits and Enhanced Profits, and the papers submitted by defendant in connection therewith, and GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that defendant's Motion to File Documents under Seal be hereby GRANTED;

IT IS FURTHER ORDERED that the documents shall be received as filed herewith, and held by the Court under seal:

(a) exhibits 4 and 5 to the declaration of Linda Lazore Lyth, which consist of the Jem's final Gross Margin Invoice Summary Registers which show totals sales and costs for the Marley product, and

(b) exhibit M to the declaration of John Yates which includes portions of certain purchase and sale agreements as well as licensing agreements relating to the Marley intellectual property rights.

IT IS SO ORDERED:

DATED: April 12, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GREENBERG & BASS LLP

By: /s/ John R. Yates
John R. Yates, Esq.
Attorneys for Defendant
Jem Sportswear, Inc.

## PROOF OF SERVICE

I, Reece Holland declare as follows:

I am employed in Los Angeles County, Encino California. I am over the age of eighteen years and not a party to this action. My business address is 16000 Ventura Blvd., Ste. 1000, Encino, CA 91436. On July 1, 2011, I caused the foregoing document:

**DEFENDANT JEM SPORTSWEAR, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO PLAINTIFFS' MOTION FOR AWARD OF PROFITS AND ENHANCED PROFITS**

including any and all exhibits to be electronically filed with the Clerk of Court using the CM/ECF system, which will effectuate service of said document upon the following counsel of record:

**SEE ATTACHED**

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2011, at Encino, California.

/s/ Reece Holland
_____
Reece Holland

## PROOF OF SERVICE LIST FOR:

Fifty-Six Hope Road, Ltd. et al. v. A.V.E.L.A., Inc. a Nevada corporation et al.

and Related Counterclaim.

Case No. 2:08-cv-00105-PMP-GWF

| | |
|---|---|
| Jill M. Pietrini, Esq.<br>Barry E. Mallen, Esq.<br>Manatt, Phelps & Phillips, LLP<br>11355 West Olympic Blvd.<br>Los Angeles, CA  90064 | **Attorneys for Plaintiff**<br>Phone: (310) 312-4000<br>Fax:     (310) 312) 4224<br>Email: jpietrini@manatt.com |
| L. Chrisopher Rose<br><br>Jolley Urga Wirth Woodbury & Standish<br><br>3800 Howard Hughes Pkwy., 16th Fl.<br><br>Las Vegas, NV 89169 | **Attorneys for Plaintiff**<br><br>Phone: (702) 699-7500<br><br>Fax:     (702) 699-7555<br><br>Email: lcr@juww.com |
| Timothy J. Ervin, Esq.<br>Gallant & Ervin, LLC<br>One Olde North Rd., Ste. 103<br>Chelmsford, MA 01824 | **Attorneys for Plaintiff**<br>Phone: (978) 256-6141<br>Fax:     (978) 256-7977<br>Email: tim@gallant-ervin.com |
| Brian T. Ball, Esq.<br>Douglas D. Winter, Esq.<br>Ball Law Firm LLP<br>10866 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA  90024 | **Attorneys for Defendants**<br>Phone: (310) 446-6148<br>Fax:     (310) 441-5386<br>Email: bball@balllawllp.com<br>             dwinter@balllawllp.com |
| James E. Murphy, Esq.<br>Laxalt & Nomura, Ltd.<br>6720 Via Austi Pkwy., Ste. 430<br>Las Vegas, NV 89119 | **Attorneys for Defendants**<br>Phone: (702) 388-1551<br>Fax:     (702) 388-1559<br>Email: jmurphy@laxalt-nomura.com |
| William H. Doyle, Esq.<br>The Doyle Law Firm, P.C.<br>1313 East Osborn Rd., Ste. 100<br>Phoenix, AZ 85014 | **Attorneys for Defendants**<br>Phone: (602) 240-6711<br>Fax:     (602) 240-6951<br>Email: bdoyle@doylelawgroup.com |
| Jeffrey R Albregts, Esq.<br>Santoro, Driggs, Walch, Kearney,<br>     Holley & Thompson<br>400 South Fourth St., 3rd Fl.<br>Las Vegas, NV 89101 | **Attorneys for Defendants**<br>Phone: (702) 791-0308<br>Fax:     (702) 791-1912<br>Email: jalbregts@nevadafirm.com |