MANATT, PHELPS & PHILLIPS, LLP
JILL M. PIETRINI (Bar No. CA 138335)  (admitted *pro hac vice*)
  e-mail: jpietrini@manatt.com
BARRY E. MALLEN (Bar No. CA 120005)  (admitted *pro hac vice*)
  e-mail: bmallen@manatt.com
PAUL A. BOST (Bar No. CA 261531)  (admitted *pro hac vice*)
  e-mail: pbost@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

JOLLEY, URGA, WIRTH, WOODBURY & STANDISH
WILLIAM R. URGA (Bar No. NV 1195)
  email: wru@juww.com
L. CHRISTOPHER ROSE (Bar No. NV 7500)
  email: lcr@juww.com
3800 Howard Hughes Pkwy.
Wells Fargo Tower, 16th Floor
Las Vegas, NV 89169
Telephone:  (702) 699-7500
Facsimile:  (702) 699-7555

*Counsel for Plaintiffs*
FIFTY-SIX HOPE ROAD MUSIC LIMITED and ZION ROOTSWEAR, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Fifty-Six Hope Road Music, Ltd., a Bahamian corporation; and Zion Rootswear, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>A.V.E.L.A., Inc., a Nevada corporation; Sci-Fi Productions, Inc. dba X One X Movie Archive, Inc., a Nevada corporation; JEM Sportswear, a California corporation; Central Mills, Inc. (Freeze), a New York corporation; and Leo Valencia, an individual,<br><br>Defendants. | Case No. 2:08-cv-00105-PMP-GWF<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: PLAINTIFFS' REPLY TO DEFENDANT JEM SPORTSWEAR, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT FOR AN AWARD OF DEFENDANTS' PROFITS AND FOR INCREASED PROFITS PURSUANT TO 15 U.S.C. § 1117** |

The Court, having considered Plaintiffs Fifty-Six Hope Road Music Limited's and Zion Rootswear, LLC's ("Plaintiffs") Motion to File Documents Under Seal Re: Plaintiffs' Reply to Defendant JEM Sportswear, Inc.'s Opposition to Plaintiffs' Motion for Entry of Judgment for an Award of Defendants' Profits and for Increased Profits Pursuant to 15 U.S.C. § 1117 ("the Profits Reply"), and the papers submitted by the parties in connection therewith, and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiffs' Application to File Documents under Seal be hereby GRANTED;

IT IS FURTHER ORDERED THAT, good cause having been shown, Exhibit A to the Supplemental Declaration of Tina M. Skaggs in support of the Profits Reply shall be received as filed herewith, and held by the Court under seal.

IT IS SO ORDERED.

Dated: April 12, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/Paul Bost
Jill M. Pietrini
Barry E. Mallen
Paul Bost

*Attorneys for Plaintiffs*
*FIFTY-SIX HOPE ROAD MUSIC*
*LIMITED and ZION ROOTSWEAR, LLC*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

## PROOF OF SERVICE

I, LaTrina A. Martin, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On July 15, 2011, I caused the forgoing document:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL RE: PLAINTIFFS' REPLY TO DEFENDANT JEM SPORTSWEAR, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT FOR AN AWARD OF DEFENDANTS' PROFITS AND FOR INCREASED PROFITS PURSUANT TO 15 U.S.C. § 1117**

including any and all exhibits, to be electronically filed with the Clerk of Court using the CM/ECF system, which will effectuate service of said document upon the following counsel of record in this action addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on July 15, 2011, at Los Angeles, California.

/s/ LaTrina A. Martin
LaTrina A. Martin

PROOF OF SERVICE LIST FOR:

Fifty-Six Hope Road Music, Ltd., et al.
vs.
A.V.E.L.A., Inc., a Nevada corporation; et al.,
And Related Counterclaim.
Case No. 2:08-cv-00105-PMP-GWF

| | |
|---|---|
| Douglas D. Winter<br>THE BALL LAW FIRM, LLP<br>10866 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90024<br>Telephone: (310)446-6148<br>Facsimile: (310)441-5386 | Email: dwinter@balllawllp.com<br><br>Counsel for Defendants and Counterclaimants A.V.E.L.A., INC., and LEO VALENCIA and for Defendants JEM SPORTSWEAR and CENTRAL MILLS, INC. (FREEZE) |
| William R. Urga<br>L. Christopher Rose<br>JOLLEY, URGA, WIRTH,<br> WOODBURY & STANDISH<br>3800 Howard Hughes Pkwy.<br>Wells Fargo Tower, 16th Floor<br>Las Vegas, NV 89169<br>Telephone: (702) 699-7500<br>Facsimile: (702) 699-7555 | Email: wru@juww.com<br>Email: lcr@juww.com<br><br>Co-Counsel for Plaintiffs and Counter-Defendants FIFTY-SIX HOPE ROAD MUSIC LIMITED and ZION ROOTSWEAR, LLC |
| Timothy J. Ervin, Esq.<br>GALLANT & ERVIN, LLC<br>One Olde North Road, Suite 103<br>Chelmsford, MA 01824<br>Telephone: (978) 256-6041<br>Facsimile: (978) 256-7977 | Email: tim@gallant-ervin.com<br><br>Co Counsel for Plaintiff and Counter-Defendant ZION ROOTSWEAR, LLC |
| Jeffrey R Albregts<br>SANTORO, DRIGGS, WALCH,<br>KEARNEY, HOLLEY & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, NV 89101<br>Telephon: (702) 791-0308<br>Facsimile: (702) 791-1912 | Email: jalbregts@nevadafirm.com<br><br>Counsel for Defendant JEM SPORTSWEAR |
| John R. Yates<br>GREENBERG & BASS, LLP<br>16000 Ventura Boulevard<br>Encino, CA 90077<br>Telephone: (818) 382-6200<br>Facsimile: (818) 986-6534 | Email: jyates@greenbass.com<br><br>Counsel for Defendant JEM SPORTSWEAR |

300353100.1