1  Douglas D. Winter, Esq. (*pro hac vice*)
   Byron T. Ball, Esq. (*pro hac vice*)
2  **THE BALL LAW FIRM, LLP**
   10866 Wilshire Blvd., Suite 1400
3  Los Angeles, California 90024
   Telephone (310) 446-6148
4  Facsimile  (310) 441-5386

5  Attorneys for Defendants A.V.E.L.A., Inc.,
   X ONE X Movie Archive, Inc.,
6  Central Mills, Inc.(Freeze) and Leo Valencia

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11

12 Fifty-Six Hope Road Music, Ltd. and Zion      ) Case No. 2:08-cv-00105-PMP-GWF
   Rootswear, LLC,                               )
13                                               ) **DEFENDANTS A.V.E.L.A., INC.'S**
                  Plaintiffs,                    ) **AND FREEZE'S MOTION TO**
14                                               ) **FILE DOCUMENTS UNDER SEAL**
15 v.                                            ) **RE: OPPOSITION TO**
                                                 ) **PLAINTIFFS' MOTION FOR**
16 A.V.E.L.A., Inc., X ONE X Movie Archive,      ) **AWARD OF PROFITS AND**
   Inc., Jem Sportswear, Central Mills, Inc.     ) **ENHANCED PROFITS**
17 (Freeze), and Leo Valencia,                   )
                                                 )
18                                               )
                  Defendants.                    )
19 _____ )
                                                 )
20                                               )
21 AND RELATED COUNTERCLAIM                      )
                                                 )
22 _____ )

23 //

24
   //
25

26 //

27

28
                              1

Defendants A.V.E.L.A., Inc. ("AVELA") and and Central Mills, Inc. ("Freeze") hereby submit this Motion to File Documents Under Seal and the [Proposed] Order filed concurrently herewith. Defendants respectfully request that the Court accept and maintain, under seal, the following documents:

(a) Exhibits A, B, C and D to the Declaration of Randi Rosenstein, which consist of documents that show Freeze's total sales and costs for the Marley product; and

(b) Exhibit C to the declaration of Leo Valencia which includes financial records, and d

(c) Exhibits A, B, C, D and E to the Declaration of Liza Acuna which consist of documents reflecting AVELA's sales, costs and financial records.

On December 2, 2008 a Protective Order was entered by this Court pursuant to Fed. R. Civ. P. 26 (c). The Protective Order contemplated that there might be confidential information in this case, and that when such information is contained in a document to be filed with the Court, that such filing would be done under seal. In this case, above declarations refer to exhibits that have been designated "Confidential" under the Protective Order (although some were not stamped as such) and are required to be filed under seal.  Redacted versions of the declarations were filed electronically on July 5, 2011.

In compliance with the Protective Order, the documents described above should be accepted and maintained by the Court under seal, pursuant to the stipulated Protective Order and pursuant to Fed. R. Civ. P. 26 (c).

DEFENDANTS A.V.E.L.A., INC.'S AND FREEZE'S MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO PLAINTIFFS' MOTION FOR AWARD OF PROFITS AND ENHANCED PROFITS

DATED: July 5, 2011                THE BALL LAW FIRM, LLP

By:   /s/ Douglas D. Winter
      DOUGLAS D. WINTER
      Attorneys for Defendants A.V.E.L.A., Inc. and Freeze

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  April 12, 2012.

DEFENDANTS A.V.E.L.A., INC.'S AND FREEZE'S MOTION TO FILE DOCUMENTS UNDER SEAL RE: OPPOSITION TO PLAINTIFFS' MOTION FOR AWARD OF PROFITS AND ENHANCED PROFITS