1  MANATT, PHELPS & PHILLIPS, LLP
   JILL M. PIETRINI (Bar No. CA 138335)  (admitted *pro hac vice*)
2    e-mail: jpietrini@manatt.com
   BARRY E. MALLEN (Bar No. CA 120005)  (admitted *pro hac vice*)
3    e-mail: bmallen@manatt.com
   PAUL A. BOST (Bar No. CA 261531)  (admitted *pro hac vice*)
4    e-mail: pbost@manatt.com
   11355 West Olympic Boulevard
5  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
6  Facsimile:  (310) 312-4224

7  JOLLEY, URGA, WIRTH, WOODBURY & STANDISH
   WILLIAM R. URGA (Bar No. NV 1195)
8    email: wru@juww.com
   L. CHRISTOPHER ROSE (Bar No. NV 7500)
9    email: lcr@juww.com
   3800 Howard Hughes Pkwy.
10 Wells Fargo Tower, 16th Floor
   Las Vegas, NV 89169
11 Telephone:  (702) 699-7500
   Facsimile:  (702) 699-7555

*Counsel for Plaintiffs*
13 FIFTY-SIX HOPE ROAD MUSIC LIMITED and ZION
   ROOTSWEAR, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Fifty-Six Hope Road Music, Ltd., a Bahamian corporation; and Zion Rootswear, LLC, a Florida limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>A.V.E.L.A., Inc., a Nevada corporation; Sci-Fi Productions, Inc. dba X One X Movie Archive, Inc., a Nevada corporation; JEM Sportswear, a California corporation; Central Mills, Inc. (Freeze), a New York corporation; and Leo Valencia, an individual,<br><br>  Defendants. | Case No. 2:08-cv-00105-PMP-GWF<br><br>[PROPOSED] ORDER RE: PLAINTIFFS' VOLUNTARY WITHDRAWAL OF THEIR MOTION FOR CONTEMPT, AND THE PRAYER FOR RELIEF THEREIN, AS PERTAINS TO DADA ENTERTAINMENT |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1  The Court, having considered Plaintiffs Fifty-Six Hope Road Music
2  Limited's and Zion Rootswear, LLC's ("Plaintiffs") Voluntary Withdrawal of their Motion
3  For Contempt, and the Prayer for Relief Therein, as Pertains to Dada Entertainment
4  ("Dada") and GOOD CAUSE appearing therefor,
5  IT IS HEREBY ORDERED THAT Dada is dismissed from this action as
6  pertains to Plaintiffs' Motion for Contempt.
7  IT IS SO ORDERED.

Dated: April 12, 2012.

_____
UNITED STATES DISTRICT JUDGE

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Respectfully Submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Jill M. Pietrini
 Jill M. Pietrini
 Barry E. Mallen
 Paul Bost

*Attorneys for Plaintiffs*
*FIFTY-SIX HOPE ROAD MUSIC*
*LIMITED and ZION ROOTSWEAR, LLC*

2

## PROOF OF SERVICE

I, Erica Embray, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On September 21, 2011, I caused the foregoing document:

**[PROPOSED] ORDER RE: PLAINTIFFS' VOLUNTARY WITHDRAWAL OF THEIR MOTION FOR CONTEMPT, AND THE PRAYER FOR RELIEF THEREIN, AS PERTAINS TO DADA ENTERTAINMENT**

including any and all exhibits, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will effectuate service of said document upon the following counsel of record in this action addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on September 21, 2011, at Los Angeles, California.

/s/ Erica Embray
Erica Embray

SERVICE LIST FOR:

Fifty-Six Hope Road Music, Ltd., et al.
vs.
A.V.E.L.A., Inc., a Nevada corporation; et al.,
And Related Counterclaim.
Case No. 2:08-cv-00105-PMP-GWF

| | |
|---|---|
| Douglas D. Winter<br>THE BALL LAW FIRM, LLP<br>10866 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90024<br>Telephone: (310)446-6148<br>Facsimile: (310)441-5386 | Email: dwinter@balllawllp.com<br><br>Counsel for Defendants A.V.E.L.A., INC., SCI-FI PRODUCTIONS, INC. D/B/A X ONE X MOVIE ARCHIVE, INC., LEO VALENCIA and CENTRAL MILLS, INC. (FREEZE)<br><br>*Also for purposes of this motion,*<br>Counsel for FUNKO, LLC and C&D VISIONARY, INC. |
| William R. Urga<br>L. Christopher Rose<br>JOLLEY, URGA, WIRTH,<br> WOODBURY & STANDISH<br>3800 Howard Hughes Pkwy.<br>Wells Fargo Tower, 16th Floor<br>Las Vegas, NV 89169<br>Telephone: (702) 699-7500<br>Facsimile: (702) 699-7555 | Email: wru@juww.com<br>Email: lcr@juww.com<br><br>Co-Counsel for Plaintiffs and Counter-Defendants FIFTY-SIX HOPE ROAD MUSIC LIMITED and ZION ROOTSWEAR, LLC |
| Timothy J. Ervin, Esq.<br>GALLANT & ERVIN, LLC<br>One Olde North Road, Suite 103<br>Chelmsford, MA 01824<br>Telephone: (978) 256-6041<br>Facsimile: (978) 256-7977 | Email: tim@gallant-ervin.com<br><br>Co-Counsel for Plaintiff and Counter-Defendant ZION ROOTSWEAR, LLC |
| Jeffrey R Albregts<br>SANTORO, DRIGGS, WALCH,<br>KEARNEY, HOLLEY & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, NV 89101<br>Telephone: (702) 791-0308<br>Facsimile: (702) 791-1912 | Email: jalbregts@nevadafirm.com<br><br>Counsel for Defendant JEM SPORTSWEAR |
| John R. Yates<br>GREENBERG & BASS, LLP<br>16000 Ventura Boulevard<br>Encino, CA 90077<br>Telephone: (818) 382-6200<br>Facsimile: (818) 986-6534 | Email: jyates@greenbass.com<br><br>Counsel for Defendant JEM SPORTSWEAR |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Robert C. Kain, Jr., Esq.<br>Kain & Associates, Attorneys at Law, P.A.<br>900 Southeast 3rd Avenue, Suite 205<br>Fort Lauderdale, Florida 33316<br>Telephone: (954) 768-9002<br>Facsimile: (954) 768-0158 | Email: RKain@ComplexIP.com<br><br>Counsel for JGR COPA, LLC |
| **SERVICE BY MAIL ONLY**<br>Kimberly Stein, Esq.<br>FOX ROTHSCHILD, LLP<br>Wells Fargo Tower, Suite 500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169 | Email: KStein@foxrothschild.com<br><br>Counsel for DADA ENTERTAINMENT |
| Gaston Kroub<br>Locke Lord Bissell& Liddell LLP<br>Three World Financial Center<br>New York, New York  10281<br>Telephone:  (212) 412-8600<br>Facsimile:  (212) 303-2754 | Email: gkroub@lockelord.com<br><br>Counsel for PRICEPOINT ACCESSORIES D/B/A SECTION 8, INC. |

300714879.1