1

2

3

4                         UNITED STATES DISTRICT COURT

5                             DISTRICT OF NEVADA

6                                   * * *

FIFTY-SIX HOPE ROAD MUSIC, LTD.,    )
7    *et al.*,                           )              2:08-cv-00105-PMP-GWF
                                    )
8                                   )
                Plaintiffs,         )              **ORDER**
9      v.                           )
                                    )
10   A.V.E.L.A., INC., *et al.*,         )
                                    )
11              Defendants.         )
                                    )
12

13          Before the Court for consideration is Plaintiffs' Motion to Find Defendant

14   A.V.E.L.A, Inc., and Licensees Pricepoint Accessories DBA Section 8, Inc., Funko,

15   LLC, JGR Copa, LLC, C&D Visionary, Inc., and DADA Entertainment in Contempt

16   of Court (Doc. #344).

17          Defendant A.V.E.L.A., and Licensees Pricepoint, and JGR Copa have filed

18   Oppositions to Plaintiffs' Motion for Contempt, and Counter Motions for Costs and

19   Attorneys Fees (Docs. #355, #357 and #359).

20          On September 21, 2011, Plaintiff filed a Withdraw of the Motion for

21   Contempt as to Licensee DADA Entertainment only (Doc. #367), which this Court

22   has now granted (Doc. #375).

23          A review of the Court's docket shows that to date, no response to

24   Plaintiffs' Motion for Contempt has been filed by Licensee Funko, LLC or C&D

25   Visionary, Inc.  Additionally, the Second Supplemental Declaration of Timothy

26   Ervin (Doc. #369) filed December 5, 2011 on behalf of Plaintiff avers that conduct

giving rise to Plaintiffs' Motion for Contempt continues.  The Court concludes that a hearing is necessary to address the issues raised in Plaintiffs' Motion for Contempt, as well as on the Counter Motions for Attorney's Fees and Costs.

**IT IS THEREFORE ORDERED** that a hearing on Plaintiffs' to Find Defendant A.V.E.L.A, Inc., and Licensees Pricepoint Accessories DBA Section 8, Inc., Funko, LLC, JGR Copa, LLC, C&D Visionary, Inc., and DADA Entertainment in Contempt of Court (Doc. #344) is hereby set for **Wednesday, May 16, 2012 at the hour of 9:30 a.m.** in Courtroom 7C, before the undersigned.

**IT IS FURTHER ORDERED** that counsel for Plaintiffs and Defendants shall appear personally for the hearing on Plaintiffs' Motion for Contempt.  The Court will, however, permit counsel for non-parties to participate in the hearing by telephone in the event they wish to do so.

**IT IS FURTHER ORDERED** that non-party JGR Copa, LLC's Motion to Permit Consideration of Late Filed Brief (Doc. #362) is **GRANTED** to the limited extent that it will be considered by the Court in determining the merits of Plaintiffs' Motion for Contempt (Doc. #344).

**IT IS FURTHER ORDERED** that hearing is set for the same date and time on Plaintiff's Motion for Entry of Judgment for an Award of Defendants' Profits and for Increased Profits Pursuant to 15 U.S.C. §1117 (Doc. #329).

DATED: April 16, 2012.

PHILIP M. PRO
United States District Judge