MELISSA W. WOO, Bar No. 192056
e-mail: melissaw@counselsatlaw.com
A.V.E.L.A., INC.
2647 Gateway Road, Suite 105-550
Carlsbad, California 92009
Telephone: (877) 787-4855
Telecopier: (877) 787-6855

Attorneys for Defendants
A.V.E.L.A., INC., X ONE X MOVIE ARCHIVE, INC., Central Mills, Inc., and LEO VALENCIA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian corporation; and ZION ROOTSWEAR, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A.V.E.L.A., INC., X ONE X MOVIE ARCHIVE, INC., CENTRAL MILLS, INC. (Freeze), and LEO VALENCIA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 2:08-CV-00105-PMP-GWF<br><br>**SUBSTITUTION OF ATTORNEY FOR CERTAIN DEFENDANTS** |

Defendants A.V.E.L.A., Inc., X One X Movie Archive, Inc., Central Mills, Inc. (Freeze), and Leo Valencia hereby substitute Melissa W. Woo-Allen, 2647 Gateway Road, Suite 105-550, Carlsbad, California 92009, (877) 787-4855, as attorney of record in place and instead of Ball Law Firm LLP, 10866 Wilshire Blvd., Suite 1400, Los Angeles, California 90024.

1

A.V.E.L.A, INC.

Dated: May 30, 2012        By: _____
                               Leo Valencia, President


X ONE X MOVIE ARCHIVE, INC.

Dated: May 30, 2012        By: _____
                               Leo Valencia, President


CENTRAL MILLS, INC. (FREEZE)

Dated: May 26, 2012        By: _____
                               Charlie Tebele, President


LEO VALENCIA

Dated: May 30, 2012        By: _____
                               Leo Valencia


I consent to the above substitution:

                           BALL LAW FIRM LLP

Dated: ~~May~~ June 1, 2012   By: _____
                               Douglas D. Winter

2

I am admitted or plan to be admitted *pro hac vice* in this District.

Above substitution accepted.

                                        MESLISSA W. WOO

Dated: June 26, 2012           By: _____

                                        Melissa W. Woo

Please check one: ✓ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: June 27, 2012.          _____

                                        UNITED STATES DISTRICT JUDGE