1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                             **DISTRICT OF NEVADA**

6

7   FIFTY-SIX HOPE ROAD MUSIC, LTD.,   )
    Et al.,                            )
8                                      )
9               Plaintiffs,            )              2:08-CV-105-PMP-GWF
                                       )
10  vs.                                )
                                       )
11  A.V.E.L.A., et al.,                )
                                       )
12              Defendants.            )
                                       )
13  _____   )

14                               **ORDER**

15       The Court having read and considered Defendants' Renewed Motion for

16  Judgment as a Matter of Law, or in the Alternative, Motion for New Trial or Amendment

17  of Judgment [396], and good cause appearing,

18       **IT IS ORDERED** that Defendants' Renewed Motion for Judgment as a Matter of

19  Law, or in the Alternative, Motion for New Trial or Amendment of Judgment [396] is

20  **DENIED.**

21       Dated this 12th day of October, 2012.

22

23

24  _____
    PHILIP M. PRO
25  UNITED STATES DISTRICT JUDGE

26

27

28