UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> A.V.E.L.A., INC., et al., <br><br> Defendants. | 2:08-cv-00105-PMP-GWF <br><br> **ORDER** |

The Court, having considered Defendant Jem Sportswear, Inc.'s ("Jem") Motion for Order Setting Amount of Bond or Cash Deposit and for Order Staying Execution of Judgment Pending Appeal (Doc. #417), Plaintiffs' Response (Doc. #433), and Jem's Reply (Doc. #434), and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Jem's Motion for Order Setting Amount of Bond or Cash Deposit and for Order Staying Execution of Judgment Pending Appeal (Doc. #417) is GRANTED. The amount of bond or cash deposit required to stay execution on judgment pending Jem's appeal of the judgment is $517,047.86.

IT IS FURTHER ORDERED that Jem shall submit to the Clerk of the Court either a bond securing the sum above or a cash deposit of this sum via cashier's check not later than fourteen (14) days after entry of this Order and that the Clerk of the Court is authorized to accept the bond or cash deposit without further action by the Court.

///

1       IT IS FURTHER ORDERED that upon submission by Jem of its bond or cash deposit in the amount required to the Clerk of the Court, execution by Plaintiffs on the judgment against Jem is stayed until the conclusion of Jem's appeal.

DATED:  December 28, 2012

_____
PHILIP M. PRO
United States District Judge