UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian corporation; and ZION ROOTSWEAR, LLC, a Flordia limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A.V.E.L.A., INC., a Nevada corporation; and LEO VALENCIA, an individual,<br><br>Defendants. | 2:08-CV-00105-PMP-PAL<br><br>ORDER |

In accordance with this Court's January 14, 2013 Order (Doc. #438), Judgment is hereby entered in favor of Plaintiffs Fifty-Six Hope Road Music, Ltd. and Zion Rootswear, LLC and against Defendants A.V.E.L.A., Inc.; X One X Movie Archive, Inc.; and Leo Valencia in the amount of $1,518,687.94, consisting of $860,938.87 in attorney's fees through November 2, 2010 and $657,749.07 in attorney's fees from November 2, 2010 through the end of the case.

IT IS SO ORDERED.

DATED:   January 30, 2013

_____
PHILIP M. PRO
United States District Judge