AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Fifty-Six Hope Road Music, Ltd., et al.,

              Plaintiffs,

**JUDGMENT ON ATTORNEY'S FEES**

V.

A.V.E.L.A., Inc., et al.,

Case Number: 2:08-cv-00105-PMP -GWF

              Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Judgment on Attorney's Fees and Costs is entered in favor of Plaintiffs Fifty-Six Hope Road Music, Ltd. and Zion Rootswear, LLC and against Defendants A.V.E.L.A., Inc.; X One X Movie Archive, Inc.; and Leo Valencia in the amount of $1,518,687.94, consisting of $860,938.87 in attorney's fees through November 2, 2010 and $657,749.07 in attorney's fees from November 2, 2010 through the end of the case.

| January 30, 2013 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Ari Caytuero |
| | (By) Deputy Clerk |