# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FIFTY-SIX HOPE ROAD MUSIC, LTD., et al.,

        Plaintiffs,

vs.

A.V.E.L.A., INC., *et al.*,

        Defendants.

Case No. 2:08-cv-00105-PMP-GWF

**ORDER**

Motion for Leave to File Exhibit Under Seal - #469

    This matter is before the Court on Plaintiffs' Motion for Leave to File Exhibit Under Seal (#469) filed on November 18, 2014.

    Plaintiffs request that the Court issue an ex parte order permitting the Plaintiffs to file Exhibit 4 to its Renewed Motion to Compel (#467) under seal. Plaintiffs represent that the exhibit includes confidential financial records that were not meant to be disclosed, and are already the subject of a Protective Order issued by the Court (#53). The Plaintiffs have sufficiently established good cause. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Exhibit Under Seal (#469) is **granted**.

    DATED this 19th day of November, 2014.

                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge