JEFFREY R. ALBREGTS, ESQ. (Bar No. NV 0066)
Email: jalbregts@nevadafirm.com
SANTORO, DRIGGS, WALCH, KEARNEY,
HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Tel: (702) 791-0308 • Fax: (702) 791-1912

JOHN R. YATES, ESQ. (Bar No. CA 120344) (admitted *pro hac vice*)
Email: jyates@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Defendant
Jem Sportswear, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., a Bahamian corporation; and ZION ROOTSWEAR, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A.V.E.L.A., INC., a Nevada corporation; LEO VALENCIA; X ONE X MOVIE ARCHIVE, INC.,; JEM SPORTSWEAR; and CENTRAL MILLS (FREEZE),<br><br>Defendants. | CASE NO.: 2:08-CV-00105-PMP-PAL<br><br>**ORDER ON STIPULATION RE RELEASE OF DEPOSIT FROM REGISTRY** |

The Court, having considered the Stipulation of defendant Jem Sportswear, Inc. ("Jem") and plaintiffs Fifty-Six Hope Road Music Ltd. and Zion Rootswear, L.L.C. (collectively, "Plaintiffs") regarding the release of funds deposited to the Registry of the Court by defendant Jem, and good cause appearing therefore, orders that:

A. The Clerk of Court shall issue a check to Jem Sportswear, Inc. for the full amount of Jem's initial deposit, plus any interest attributable to Jem's deposit since January 15, 2013, and make that check available for pickup at the Court by counsel for Jem or a person authorized by counsel for Jem to receive delivery of the check;

B. The Clerk of Court shall notify counsel for Plaintiffs and counsel for Jem when the checks are available for pickup at the Court; and

C. Not later than 8 days after counsel are notified that the check payable to Jem is available for pickup at the Court, Jem shall pay to plaintiff Fifty-Six Hope Road Music, Ltd. the sum owed to Plaintiffs as of the day of payment, including accrued interest, by cashier's check or by wire transfer as directed by counsel for Plaintiffs.

IT IS SO ORDERED:

DATED: May 5, 2015

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GREENBERG & BASS LLP

By: /s/ John R. Yates
John R. Yates, Esq.
Attorneys for Defendant
Jem Sportswear, Inc.