AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Fifty-Six Hope Road Music, Ltd., et al.

Plaintiffs,

V.

A.V.E.L.A., Inc., et al.

Defendants.

**JUDGMENT IN A CIVIL CASE
FOR ATTORNEY FEES**

Case Number: 2:08-cv-00105-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorney fees are awarded in favor of the Plaintiff Fifty-Six Hope Road Music and against the AVELA Defendants. The AVELA Defendants are ordered to pay Plaintiff the total sum of $10,506.05 no later than 2/6/17.

January 4, 2017  /s/ Debra K. Kempi

Date  Clerk

/s/ ADR

(By) Deputy Clerk